# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1086
Lower Tribunal No. 90-34718
_____

## Peter H. Markland,

Petitioner,

vs.

## The State of Florida,

Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Peter H. Markland, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before SUAREZ, C.J., and ROTHENBERG and EMAS, JJ.

SUAREZ, C.J.

Following review of Peter Markland's petition for writ of habeas corpus, it is ordered that said petition is successive and hereby denied.

<u>ORDER TO SHOW CAUSE</u>

Furthermore, as it appears that Mr. Markland has submitted multiple pro se post-conviction appeals,[1] we order Mr. Markland to show good cause within thirty (30) days why he should not be prohibited from filing with this Court any further pro se appeals, petitions, motions or other proceedings related to his criminal conviction and sentencing in circuit court case number F90-34718.

We must balance Mr. Markland's pro se right of access to courts with the Court's need to devote its finite resources to legitimate appeals, recognizing the seriousness of the sanction when the litigant is a criminal defendant. <u>State v. Spencer</u>, 751 So. 2d 47, 48 (Fla. 1999). After this order to show cause and giving Mr. Markland an opportunity to respond, this Court may prevent such further filings. See <u>id.</u>

Petition denied.

---

[1] Post-conviction appeals filed by the defendant include: <u>Markland v. State</u>, 166 So. 3d 791 (Fla. 3d DCA 2015); <u>Markland v. State</u>, 160 So. 3d 440 (Fla. 3d DCA 2015); <u>Markland v. State</u>, 129 So. 3d 1078 (Fla. 3d DCA 2013); <u>Markland v. State</u>, 88 So. 3d 950 (Fla. 3d DCA 2012); <u>Markland v. State</u>, 45 So. 3d 469 (Fla. 3d DCA 2010); <u>Markland v. State</u>, 6 So. 3d 68 (Fla. 3d DCA 2009); <u>Markland v. State</u>, 971 So. 2d 832 (Fla. 3d DCA 2007); <u>Markland v. State</u>, 917 So. 2d 201 (Fla. 3d DCA 2005); <u>Markland v. State</u>, 905 So. 2d 140 (Fla. 3d DCA 2005); <u>Markland v. State</u>, 821 So. 2d 1075 (Fla. 3d DCA 2002); <u>Markland v. State</u>, 742 So. 2d 325 (Fla. 3d DCA 1999); and <u>Markland v. State</u>, 642 So. 2d 760 (Fla. 3d DCA 1994).